HC

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 20 AM 9:34

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | '08 MJ 1898 |
| | ) | Magistrate Case No.____________ |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | |
| **Daguberto MALDONADO-Arias,** | ) | Title 18, U.S.C., Section 1544 |
| | ) | Misuse of Passport |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about **June 19, 2008**, within the Southern District of California, defendant **Daguberto MALDONADO-Arias** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting Official U.S. passport number 430693263, issued to David Ramos to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not David Ramos, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **June 2008**.

UNITED STATES MAGISTRATE JUDGE

HC

# PROBABLE CAUSE STATEMENT

On June 19, 2008 at approximately 2:10 PM, **Daguberto MALDONADO-Arias (Defendant)** made application for admission to the United States from Mexico at the San Ysidro Port of Entry via the pedestrian primary lanes. Defendant orally declared himself to be a United States citizen and presented a United States passport bearing the name David Ramos to a Customs and Border Protection (CBP) Officer. Defendant gave two negative Customs declaration and stated he was going to Santa Ana. The CBP officer received an automated computer referral and escorted Defendant to secondary for further inspection.

During a video-taped interview, Defendant was advised of his Miranda Rights and elected to make a statement without the presence of counsel. Defendant admitted his true and correct name to be Daguberto MALDONADO-Arias. Defendant admitted he is a citizen of Mexico without legal documents to enter the United States. Defendant admitted he presented a United States passport that does not lawfully belong to him. Defendant admitted he presented the passport bearing the name David Ramos to a CBP Officer in an attempt to enter the United States and travel to Santa Ana, California to see his brothers. Defendant admitted to purchasing the United States passport in Tijuana, Mexico for 1000 pesos.