FILED
JUL 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAGUBERTO MALDONADO-ARIAS, Defendant. | Criminal Case No. 08CR 2319-BTM<br>INFORMATION<br>Title 18, U.S.C., Section 1001- False Statement to a Federal Officer (Felony) |

The United States Attorney charges:

On or about June 19, 2008, within the Southern District of California, defendant DAGUBERTO MALDONADO-ARIAS, in a matter within the jurisdiction of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a Department of Homeland Security, Customs and Border Protection Officer, that his name was David Ramos, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 7/15/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml:6/24/08