19

AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUL 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

DAGUBERTO MALDONADO-ARIAS

CASE NUMBER: 08CR2319-BTM

I, DAGUBERTO MALDONADO-ARIAS, the above named defendant, who is accused of violating Title 18, U.S.C., Sec., 1001 - False Statement to a Federal Officer (Felony), being advised of the nature of the charge(s), the proposed information and of my rights, hereby waive in open court on 7/15/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DAGUBERTO MALDONADO ARIAS [signature]
DAGUBERTO MALDONADO-ARIAS
Defendant

[signature]
DAVID J. ZUGMAN
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

CJB:lml:6/24/08